[No. 20775-0-I. Division One. May 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY JOE MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04599-2, Jim Bates, J., entered July 28, 1987. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Forrest, JJ.

[No. 12498-0-II. Division Two. May 16, 1989.]

*In the Matter of the Adoption of*
AARON SCOTT FORBES.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-5-00224-2, Gary W. Velie, J., entered December 14, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 11044-0-II. Division Two. May 16, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY D. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86-1-00393-2, J. Dean Morgan, J., entered May 20, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.